1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | Case No. 1:24-po-00028-SAB

12 |            Plaintiff,

13 | v.                              | MOTION AND ORDER FOR DISMISSAL
                                     | WITHOUT PREJUDICE
14 | ALEJANDRO FERNANDEZ-ZEPEDA,

15 |            Defendant.

16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of

20 Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

21
   DATED:  February 14, 2024              Respectfully submitted,
22
                                          PHILLIP A. TALBERT
23                                        United States Attorney

24                                  By:   /s/ Jeffrey A. Spivak
                                          JEFFREY A. SPIVAK
25                                        Assistant U.S. Attorney

26

27

28
                                             1

## **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: **February 14, 2024**

*[signature]*

UNITED STATES MAGISTRATE JUDGE